**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
QIUPING YANG,

                    Plaintiff,

    -against-                                    24 **CIVIL** 3668 (LJL)

                                                            **<u>JUDGMENT</u>**

CONNIE NOLAN, District Director of New York
District, U.S. Citizenship and Immigration
Services, et al.

                    Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 17, 2025, Defendants' motion to dismiss is GRANTED.

**Dated:** New York, New York

        January 17, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                            **BY:**       K. Mango

                                                       **Deputy Clerk**